

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-81,486-01

**EX PARTE PAUL JOHN HOLGUIN, Applicant**

### ORDER PURSUANT TO TEXAS RULES OF
### APPELLATE PROCEDURE RULE 9.10

*Per curiam.*

### ORDER

This cause is before this Court on application for writ of habeas corpust from trial court case number 13061-B in the 118ᵗʰ District Court of Howard County.

The Clerk of this Court has discovered sensitive data in the record, namely: the name and address of the complainant who was a minor TEX. CODE CRIM. PROC. art 57.02(h). TEX. R. APP. P. Rule 9.10(a). Pursuant to Texas Rule of Appellate Procedure 9.10, the Clerk sought a ruling from the Court and thereafter notified the parties. The Court now orders the Clerk of this Court to redact or seal the discovered sensitive data from the records identified and listed below. The Court further orders the trial court clerk, the

clerk of the court of appeals, or any entity or individual possessing the following documents to redact or seal the documents pursuant to this order:

1. Clerk's Record

Filed: May 27, 2015

Do not publish